UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. WHITE, JR., <br>       Plaintiff, <br> v. <br> GEO REENTRY SERVICES LLC, <br>       Defendant. | Case No. 18-cv-03375-JST <br><br> **ORDER TO SHOW CAUSE** |

This case was filed on June 7, 2018, ECF No. 1. Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

124 days have elapsed since the filing of the complaint and Plaintiff has not served the defendant. Accordingly, Plaintiff is now ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice.

A written response to this order is due by October 17, 2018. A hearing on this order will take place on October 31, 2018 at 2:00 p.m.

/ / /

/ / /

/ / /

/ / /

/ / /

The case management conference currently scheduled for October 17, 2018 is continued to December 19, 2018 at 2:00 p.m.  A joint case management statement is due by December 12, 2018.

**IT IS SO ORDERED.**

Dated:  October 9, 2018



JON S. TIGAR
United States District Judge