JOANNA L. BROOKS, Bar No. 182986
jbrooks@littler.com
CHAD GREESON, Bar No. 251928
cgreeson@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:    925.932.2468
Facsimile:    925.946.9809

ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
ALEX SANTANA, Bar No. 252934
asantana@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone:    213.443.4300
Facsimile:    213.443.4223

Attorneys for Defendant
GEO REENTRY SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WHITE, individually, and on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney Generals Act,<br><br>Plaintiff,<br><br>v.<br><br>GEO REENTRY SERVICES LLC,<br><br>Defendant. | Case No.  3:18-cv-03375-JST<br><br>**DEFENDANT GEO REENTRY SERVICES, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[L.R. 3-15]**<br><br>Complaint Filed: June 7, 2018 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEF. GEO REENTRY SERVICES, LLC'S
CERT. OF INTERESTED ENTITIES

(NO.  3:18-CV-03375-JST)

**TO THE JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF KEITH WHITE AND HIS COUNSEL OF RECORD:**

## CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.   Plaintiff Keith White;

2.   Defendant Geo Reentry Services, LLC;

3.   The GEO Group, Inc. (the parent company of Defendant Geo Reentry Services, LLC); and

4.   The Vanguard Group, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  November 5, 2018

/S/ JoAnna L. Brooks
JOANNA L. BROOKS
CHAD GREESON
ELIZABETH STAGGS-WILSON
ALEX SANTANA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GEO REENTRY SERVICES, LLC

FIRMWIDE:159675815.1 059218.1363

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEF. GEO REENTRY SERVICES, LLC'S
CERT. OF INTERESTED ENTITIES

(NO.  3:18-CV-03375-JST)