JOANNA L. BROOKS, Bar No. 182986
jbrooks@littler.com
CHAD GREESON, Bar No. 251928
cgreeson@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:    925.932.2468
Facsimile:    925.946.9809

ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
ALEX SANTANA, Bar No. 252934
asantana@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone:    213.443.4300
Facsimile:    213.443.4223

Attorneys for Defendant
GEO REENTRY SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WHITE, individually, and on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney Generals Act,<br><br>    Plaintiff,<br><br>    v.<br><br>GEO REENTRY SERVICES LLC,<br><br>    Defendant. | Case No.  3:18-cv-03375-JST<br><br>**DEFENDANT GEO REENTRY SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[Fed. R. Civ. Proc. 7.1(a)]**<br><br>Complaint Filed: June 7, 2018 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEF. GEO REENTRY SERVICES, LLC'S
CORPORATE DISCLOSURE STATEMENT

(NO.  3:18-CV-03375-JST)

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant GEO Reentry Services, LLC ("Defendant") makes the following corporate disclosure: GEO Reentry Services, LLC has a parent company, The GEO Group, Inc. The Vanguard Group, Inc. owns ten percent (10%) or more of The GEO Group, Inc.'s stock. To Defendant's knowledge and based on securities law disclosures, GEO Reentry Services, LLC is a wholly owned subsidiary of The GEO Group, Inc.

Dated: November 5, 2018

/S/ JoAnna L. Brooks
JOANNA L. BROOKS
CHAD GREESON
ELIZABETH STAGGS-WILSON
ALEX SANTANA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GEO REENTRY SERVICES, LLC

FIRMWIDE:159765713.1 059218.1363

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEF. GEO REENTRY SERVICES, LLC'S
CORPORATE DISCLOSURE STATEMENT

(NO. 3:18-CV-03375-JST)