JOANNA L. BROOKS, Bar No. 182986
jbrooks@littler.com
CHAD GREESON, Bar No. 251928
cgreeson@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.936.9809

ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
ALEX SANTANA, Bar No. 252934
asantana@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63 Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4223

Attorneys for Defendant
GEO REENTRY SERVICES, LLC

Jocelyn Burton, SBN 135879
Scott Nakama, SBN 296732
Burton Employment Law
1939 Harrison Street, Suite 400
Oakland, CA 94612
Ph: (510) 350-7025
Fax: (510) 48=73-3672
e-mail: jburton@burtonemploymentlaw.com
e-mail: snakama@burtonemploymentlaw.com

Attorneys for Plaintiff
KEITH WHITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WHITE, individually, and on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney Generals Act,<br><br>Plaintiff,<br><br>v.<br><br>GEO REENTRY SERVICES LLC,<br><br>Defendant. | Case No. 3:18-cv-03375-JST<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS, the Initial Case Management Conference in this matter is currently scheduled for January 2, 2019 at 2:00 p.m.;

WHEREAS, counsel for Defendant GEO REENTRY SERVICES LLC is unavailable January 2, 2019;

THEREFORE, the parties propose and stipulate as follows:

The Initial Case Management Conference in this matter, currently scheduled for January 2, 2019, at 2:00 p.m., is continued until January 9, 2019 at 2:00 p.m.

Dated: December 27, 2018

*/s/ JoAnna Brooks*
JOANNA L. BROOKS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GEO REENTRY SERVICES LLC

Dated: December 27, 2018

*/s/ Scott Nakama*
JOCELYN BURTON
SCOTT NAKAMA
BURTON EMPLOYMENT LAW
Attorneys for Plaintiff
KEITH WHITE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

2.

(NO. 3:18-CV-03375-JST)

The Court, having considered the joint stipulation of the parties and having found good cause to be shown, hereby GRANTS the parties' joint stipulation to continue the date of the Initial Case Management Conference. The new date for the Initial Case Management Conference shall be January 9, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Dated: December 28, 2018

_____
UNITED STATES DISTRICT JUDGE JON S. TIGAR

FIRMWIDE:161468074.1 059218.1363

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

3.

(NO. 3:18-CV-03375-JST)